SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 MAY 19 PM 4:34
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL LEE GRAGG,<br><br>        Defendant. | 4:25CR3048<br><br>INDICTMENT<br>(21 U.S.C. §§841(a)(1), 841(b)(1), 846,<br>and 18 U.S.C. §924(c)(1)(A)) |

The Grand Jury charges that

## COUNT I

Beginning on or about November 1, 2024, and continuing to on or about January 7, 2025, in the District of Nebraska, the defendant, MICHAEL LEE GRAGG knowingly and intentionally attempted; combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 7, 2025, in the District of Nebraska, Defendant MICHAEL LEE GRAGG did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

1

## COUNT III

On or about December 12, 2024, in the District of Nebraska, Defendant MICHAEL LEE GRAGG did knowingly use and carry a firearm, to wit: Sig Sauer P320 9mm pistol, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense(s) described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

SARA E. FULLERTON
Assistant U.S. Attorney

2